UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTEBAN GASPAR ESTEBAN
MANUEL,

                  Petitioner,

    v.

BRUCE SCOTT, et al.,

                  Respondents.

Case No. C26-1661-SKV

ORDER GRANTING UNOPPOSED
MOTION FOR VOLUNTARY
DISMISSAL

Petitioner filed a Motion for Voluntary Dismissal of Petition for Habeas Corpus.  Dkt. 6.

Respondents filed a Notice of Non-Opposition to Petitioner's motion.  Dkt. 7.  The Court, having

considered the motion and non-opposition, herein GRANTS Petitioner's motion, Dkt. 6, and

DISMISSES this matter without prejudice.

Dated this 1st day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION FOR
VOLUNTARY DISMISSAL - 1